# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CONSIGLIO, JR.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AUDREY KING,<br><br>　　　　　Defendant. | 1:15-cv-00969BAM (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION WITHOUT PREJUDICE TO REFILING WITH PROPER NAMED DEFENDANTS<br><br>(ECF No. 13)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST DOCKET TO REFLECT VOLUNTARY DISMISSAL |

　　　　Plaintiff Sam Consiglio, Jr. ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis in this civil rights action. Plaintiff has consented to magistrate judge jurisdiction. (ECF No. 5.) On July 25, 2016, this Court issued a screening order dismissing Plaintiff's complaint for failure to state a claim, with leave to amend. (ECF No. 8.)

　　　　Currently before the Court is Plaintiff's motion to dismiss this action, without prejudice to refiling the action naming the proper defendants. (ECF No. 13.) Plaintiff states in his motion that he has did not name all the correct defendants in this action, and he understands the Federal Rules of Civil Procedure to not permit him to add additional parties in an amended complaint. Thus, he seeks to dismiss this action and re-file a new case. The Court construes Plaintiff's motion as a request to dismiss this action in its entirety pursuant to Federal Rule of Civil Procedure 41(a).

"[U]nder Rule 41(a)(1)(i), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment." Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quotation and citation omitted). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Id. at 1078. In this action, no defendant has been served and no defendant has filed an answer or motion for summary judgment.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action without prejudice pursuant to Rule 41(a). All pending motions are terminated.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE